# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | SANDRA KAY WILFORD |
| **Case Number:** | 18-80370-JJG-13       **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2019 09:00 AM   TH 131 |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

Continued Hearing on Trustee's Motion to Dismiss Case with Objection filed by Debtor. [16], [18]

**R / M #:**   0 / 0

**VACATED:** Motion withdrawn 01/03/2019

### Appearances:

NONE

### Proceedings:

VACATED: Motion withdrawn 01/03/2019

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**